RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Patrick Shaun Burriel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>PATRICK SHAUN BURRIEL,<br><br>*Defendant.* | NO. 1:18-cr-00126-DAD-BAM<br><br>STIPULATION TO EXTEND DEADLINE FOR THE DEFENDANT TO FILE A SUPPLEMENT TO THE MOTION FOR COMPASSIONATE RELEASE; ORDER |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORDS:**

Please take notice that the parties in the case have agreed to extend the deadline by 40 days to April 14, 2021, for the defendant PATRICK SHAUN BURRIEL ("Mr. Burriel") to file a supplement to his motion for compassionate release or a notice of no intent to file a supplement. The need for extension has arisen on account of defense counsel's unexpected delay receiving Mr. Burriel's release of information paperwork for his Bureau of Prison ("BOP") records are necessary to evaluate Mr. Burriel's health issues and good conduct in support of his motion for compassionate release.

On January 4, 2021, the court appointed counsel for Mr. Burriel and set a briefing schedule affording Mr. Burriel the opportunity to file a supplement to his motion for

1

compassionate release. (ECF no. 160, Order Referring Motion Seeking First Step Act Relief to Federal Defender's Office.) Within 60 days of January 4, 2021, Mr. Burriel was ordered to file a supplement to the motion or a notice of no intent to file a supplement. (*Ibid.*) Once the supplement or notice was filed, the prosecution's response to the motion for compassionate release was due within 30 days, and Mr. Burriel's reply was due withing 15 days of the response. (*Ibid*)

On January 5, 2021, the Federal Defender's Office ("FDO") mailed a packet to Mr. Burriel requesting that he sign and return release of information paperwork for his BOP records. On January 8, 2021, the current defense counsel, Richard M. Oberto, was appointed. (ECF 162, Amended Order Appointing Counsel.) FDO advised Mr. Oberto that the release of information paperwork was already mailed to Mr. Burriel. FDO advised that once Mr. Burriel returned the paperwork, it would take approximately 30 days to obtain Mr. Burriel's BOP records.

On February 11, 2021, Mr. Oberto inquired whether FDO obtained Mr. Burriel's release of information paperwork and BOP records. FDO advised that it never received the release of information paperwork and was unable to request the BOP records. On February 16, 2021, Mr. Oberto mailed a cover letter and replacement release of information paperwork to Mr. Burriel.

As a result of defense counsel's unexpected delay obtaining Mr. Burriel's release of information paperwork and BOP records, the defense needs an extension of the current deadline of March 5, 2021, to file a supplement to the motion for compassionate release. Without the BOP records, defense counsel cannot evaluate what should be done to supplement Mr. Burriel's motion. Defense counsel anticipates that a 40 day extension from the current deadline should suffice. Defense counsel hopes that Mr. Burriel will return his signed release of information paperwork within the next week or two. After that, defense counsel hopes that BOP will proved

2

requested records within 30 days. In light of a 40 day extension, the revised deadline to file a supplement to the motion for compassionate release would be April 14, 2021.

For the reasons stated above, that parties stipulate as follows:

1. Mr. Burriel's deadline to file a supplement to his motion for compassionate release or notice of no intent to file a supplement should be extended 40 days from the current deadline of March 5, 2021, to a new deadline of April 14, 2021.

2. All other existing orders shall remain in full force and effect, including the orders for the prosecution to file any response to the motion for compassionate release within 30 days of Mr. Burriel's supplement or notice of no intent to file a supplement and for Mr. Burriel to file his reply within 15 days of the prosecution's response.

DATED:  2/18/2021                             /s/ Vincenza Rabenn
                                              Vincenza Rabenn
                                              Assistant U.S. Attorney

DATED:  2/18/2021                             /s/ Richard M. Oberto
                                              RICHARD M. OBERTO
                                              Attorney for Defendant,
                                              Patrick Shaun Burriel

## ORDER

**IT IS HEREBY ORDERED**, for good cause showing, that the deadline for the defendant PATRICK SHAUN BURRIEL to file a supplement to his motion for compassionate release or to file a notice of no intent to file a supplement shall be extended from March 5, 2021 to April 14, 2021. All other existing orders shall remain in full force and effect, including the orders for the prosecution to file any response to the motion for compassionate release within 30

days of Mr. Burriel's supplement or notice of no intent to file a supplement and for Mr. Burriel to file his reply within 15 days of the prosecution's response.

IT IS SO ORDERED.

Dated: __**February 22, 2021**__

_____
UNITED STATES DISTRICT JUDGE