RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Patrick Shaun Burriel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>PATRICK SHAUN BURRIEL,<br><br>*Defendant.* | NO. 1:18-cr-00126-DAD-BAM<br><br>NOTICE AND REQUEST TO SEAL DOCUMENTS BY THE DEFENDANT PATRICK SHAUN BURRIEL AND SEALING ORDER |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND THE UNITED STATES ATTORNEY OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Please take notice that the defendant PATRICK SHAUN BURRIEL ("Mr. Burriel") is requesting to file documents under seal pursuant to Local Rule 141. The documents to be filed under seal is entitled "Declaration of Attorney and Attached Exhibits in Support of the Motion for Compassionate Release by the Defendant Patrick Shaun Burriel." The documents will be served via email on the opposing party United States Attorney's Office. *See* Local Rule 141.

///

///

1

The filing under seal is necessary on the grounds that the attorney declaration and attached exhibits contain Mr. Burriel's confidential medical and prison information, and disclosure would violate Mr. Burriel's right to medical and personal privacy. (*See* Health Insurance Portability and Accountability Act of 1996 [HIPAA]; Privacy Act of 1974 [5 U.S.C. 552a].)

DATED: 4/14/2021          /s/ Richard M. Oberto
                          RICHARD M. OBERTO
                          Attorney for Defendant,
                          Patrick Shaun Burriel

## ORDER

**IT IS HEREBY ORDERED**, for good cause showing, that the request for sealing by the defendant PATRICK SHAUN BURRIEL be granted. The item to be sealed consists of the documents entitled "Declaration of Attorney and Attached Exhibits in Support of the Motion for Compassionate Release by the Defendant Patrick Shaun Burriel."

IT IS SO ORDERED.

Dated: **April 15, 2021**          /s/ Dale A. Drozd
                                   UNITED STATES DISTRICT JUDGE